UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

ANTHONY B.,                                             Case No. 24-cv-2467 (LMP/ECW)

           Plaintiff,

v.                                                                      **ORDER ADOPTING REPORT AND
RECOMMENDATION**

FRANK BISIGNANO, *Commissioner
of Social Security*,

           Defendant.

---

Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Elizabeth Cowan Wright. ECF No. 16. The R&R recommends granting the Commissioner of Social Security's Motion for Summary Judgment (ECF No. 13), denying Plaintiff Anthony B.'s request for reversal or remand of the Social Security Administration's final decision (ECF No. 11), and dismissing Anthony B.'s complaint (ECF No. 1). No objections have been filed to the R&R in the time period permitted, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The R&R (ECF No. 16) is **ADOPTED**;

2. The Commissioner's Motion for Summary Judgment (ECF No. 13) is **GRANTED**;

3. Anthony B.'s Request for Reversal or Remand (ECF No. 11) is **DENIED**; and

4. Anthony B.'s complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE**.

Dated: August 13, 2025                    *s/Laura M. Provinzino*
                                          Laura M. Provinzino
                                          United States District Judge